**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

SARAH DANICE RUBIN,

      **Plaintiff,**

    **v.**

                                         **Civil Action 2:25-cv-1198**
                                         **Judge James L. Graham**
                                         **Magistrate Judge Chelsey M. Vascura**

EQUIFAX INFORMATION SERVICES,
LLC, *et al.*,

      **Defendants.**

## ORDER

      Plaintiff reported on May 18, 2026, that she has reached a settlement in principle with Trans Union LLC. Plaintiff and Trans Union are **ORDERED** to file a joint written **REPORT** detailing the status of the settlement with Trans Union **ON OR BEFORE JULY 3, 2026**, unless they have filed a joint motion to drop Trans Union as a party under Federal Rule of Civil Procedure 21 in the interim.

      **IT IS SO ORDERED.**

                                   /s/ *Chelsey M. Vascura*
                                   CHELSEY M. VASCURA
                                   UNITED STATES MAGISTRATE JUDGE